IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

THOMAS L. WILLIAMS

INFORMATION

5:17mj6/EMT

---

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about October 25, 2016, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Support Activity, Panama City, Florida, the defendant,

**THOMAS L. WILLIAMS,**

did operate a motor vehicle while the motor vehicle's registration had been expired for a period of six (6) months or less, in violation of Section 320.07(3), Florida Statutes, and Title 32, Code of Federal Regulations, Section 634.25.

_____           1/9/17
CHRISTOPHER P. CANOVA                      DATE
United States Attorney